**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
Nevada State Bar No. 9210
jtomsheck@hoflandlaw.com
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
Attorney for DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:18-CR-00221-MMD-DJA-2 |
| TAISIA SOLOAI FAUOLO, | ) |
| Defendant | ) |

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW Defendant, TAISIA SOLOAI FAUOLO by and through his attorney of record, Joshua Tomsheck, Esq., of the law firm of Hofland & Tomsheck, and hereby submits this document to aid the Court in its determination of sentence in the above captioned case.

///

///

///

///

1

## I.

## STATEMENT OF FACTS

Taisia Soloai Fauolo (hereinafter "Mr. Fauolo" or "Taisia") is a twenty-three (23) year-old young man. Taisia comes from a very close-knit family; he has four biological brothers, very close friendships with lifelong friends he views as family, numerous aunts, uncles, and many cousins. Taisia's parents have always been present in his life and have continued to be present and supportive during Taisia's incarceration. His mother and his father intend to be present for his sentencing and are willing to address any concerns the Court may have. When Taisia was growing up, the family often spent their time cheering each other on at various sporting events; many of the cousins within the Fauolo family are fantastic athletes with career's continuing to the collegiate or even professional level. Taisia's younger brother, Giovanni, currently plays collegiate football for UNLV and his cousin, Ina Liaina, previously played in the National Football League for the Green Bay Packers.

Taisia also had significant potential to have a successful athletic career, however, when Taisia was seventeen (17), everything in his life changed. Mr. Fauolo was extremely close with his cousin Bo, with whom he had a relationship he describes as almost like that of a brother. In May of 2014, Bo was present at Taisia's house when he was killed in a tragic accident. An experience like this would be traumatic for anyone, but it changed the entire trajectory of Taisia's life. For months after the accident, Taisia would barely go inside his house and completely avoided his bedroom (where the incident occurred), instead choosing to sleep outside in his vehicle. As evidenced by the

2

many letters included from Taisia's family, this traumatizing event changed Taisia. He became hardened and unable to face or handle his emotions, Taisia began to act out and get in trouble.

It has only been since Taisia has been incarcerated that he has began to deal with the emotions he has ignored since the death of his cousin. Given the time to reflect on his life, Taisia knows how and why his life got off track and he wants to change the path he is on. Mr. Fauolo has the goal of having his own family and having a great job in the future. Not only does Taisia want to change, he has the support system to help him succeed. The undersigned has seen a marked transformation in Taisia's maturity and attitude since he was taking into custody in this case. He has become more thoughtful and is extremely vocal about his desire to change his life for the better and live as a law-abiding citizen following the conclusion of this case. The undersigned has been in contact with Taisia's closest childhood friend, Joe Mixon, who considers Taisia to be a "brother." Mr. Mixon has repeatedly stated that he wants to do whatever possible to see Taisia succeed. Mr. Mixon currently plays for the Cincinnati Bengals in the National Football League (NFL) and is in a position to provide assistance with Taisia's re-acclamation to society, including financial (and residential) support and helping him find employment.

Mr. Fauolo is extremely repentant for his actions in this matter and knows that in the future he cannot associate with individuals who are not law abiding. He wants to assure this Honorable Court that he will do everything he can to comply with the law moving forward. An extremely traumatic event derailed Taisia's life but he is looking

3

forward to turning his life around after serving his time for the instant offense.

## A. The Guilty Plea Agreement

On November 10, 2020 by way of guilty plea agreement (hereinafter "GPA"), Mr. Fauolo pled guilty to one count of Illegal Receipt of a Firearm by a Person Under Indictment in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D) and faces up to five years of imprisonment.

Pursuant to the GPA, the parties agreed the applicable sentencing guidelines factors were as follows:

| | |
|---|---|
| Base Offense Level [USSG § 2K2.1(a)(4)(B)(i)(I)]: | 20 |
| Number of Firearms (4) [USSG § 2K2.1(b)(1)(A)]: | +2 |
| Obstruction of Justice [USSG § 3C1.1]: | +2 |
| **Adjusted Offense Level:** | **24** |
| **Reductions:** | |
| Acceptance of Responsibility [USSG § 3E1.1(a)]: | -2 |
| Government Motion for Acceptance of Responsibility [USSG § 3E1.1(b)]: | -1 |
| 18 U.S.C. § 3553 Factors (as conceded by the Government | -3 |
| **Reduced Adjusted Offense Level** | **18** |

*See* GPA, pages 7-9.

## B. The Parties' Positions Regarding Sentencing

According to the GPA (page 9), the Government will recommend a three-level reduction, pursuant to 18 U.S.C. § 3553, *resulting in a total offense level of 18*.

As referenced in the plea agreement and pursuant to negotiation, Mr. Fauolo and

4

his counsel will request a sentence below the Sentencing Guidelines range as agreed upon in the GPA.

### C.  The Presentence Investigation Report

The Presentence Investigation Report recommends a sentence of thirty-seven (37) months, supervised release for three (3) years, and that any fine be waived. The mandatory penalty assessment of $100 is due immediately.

## II.

## LEGAL ARGUMENT

### A.  LEGAL ANALYSIS OF SENTENCING POST BOOKER

In *United States v. Booker*, 543 U.S. 220 (2005), the Supreme Court held that the then-mandatory Sentencing Guidelines system violated the Sixth Amendment. As such, following *Booker* the Sentencing Guidelines are "advisory" only.  The Supreme Court has since clarified that, in addition to being advisory, the Guidelines "now serve as one factor among several courts must consider in determining an appropriate sentence." *Kimbrough v. United States*, 552 U.S. 85, 90 (2007).  The Guidelines are not to be presumed to be reasonable by a sentencing court. *Gall v. United States*, 552 U.S. 38, 50 (2007).  A sentencing court must begin the process of determining an appropriate sentence by calculating the applicable Guidelines range, it "should then consider all of the § 3553(a) factors to determine whether they support the sentence requested by a party." *Gall,* 552 U.S. at 49-50. The Ninth Circuit Court of Appeals has also embraced and adopted the "reasonable sentence" standard.  See *United States v. Mohammed*, 459 F. 3d 979, 986 (9th Cir. 2006).  Sentences are to be held to "a unitary review for

reasonableness, no matter how the district court styles its sentencing decision." *Id.* at 987.

Arguments in favor of mitigation of sentence, formerly for "departures," even if made on discouraged grounds, are applicable and must be considered under § 3553(a) as variances. *See, e.g. United States v. Chase*, 560 F.3d 828 (8th Cir. 2009) (holding that in some cases, a circumstance prohibited for departure may be considered as a basis for a variance.) Various arguments in mitigation of sentence, which were previously disallowed as departures, are permitted in the imposition of a far sentence.  For instance, a variance to a sentence of probation in a case involving the sale of counterfeit access cards in violation of a copyright was affirmed by the 9th Circuit, based on the district court's finding that the defendant's action "(d)id not pose the same danger to the community as many other crimes." *United States v. Whitehead*, 532 F.3d 991, 993 (9th Cir. 2008).

Section 3553(a), "as modified by *Booker*, contains an overarching provision instructing district courts to 'impose a sentence sufficient, but not greater than necessary' to accomplish the goals of sentencing…." *Kimbrough*, 522 U.S. at 89 (citing sentencing goals and purposes set forth at 18 U.S.C. § 3553(a)(2)(A)-(D)).  Section 3553(a) provides that, in determining the appropriate sentence, a district court must "make an individualized assessment based on the facts presented."  A sentencing court must consider, among other things, "the nature and circumstances of the offense and the history and characteristics of the defendant." *Gall*, Supra.

It is in the foregoing context, as well as the facts and circumstances of the instant

case, that Mr. Fauolo respectfully requests this Honorable Court impose a sentence of one (1) year and one (1) day.

### B.  THE APPROPRIATENESS OF SENTENCE PURSUANT TO 18 USC 3553(a)

There are several factors that, post *Booker,* this Court must look to when making an individualized sentencing assessment. The factors to be considered include:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed:

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and,

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the advisory guideline range;

(5) any pertinent policy statements issued by the Sentencing Commission;

(6) the need to avoid unwarranted sentence disparities; and

(7) the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a); *See Booker*, 543 U.S. at 224.

The Supreme Court has made clear that District Courts should impose the minimum sentence necessary to reflect the above listed factors. Indeed, it is now clear that if a District Court were explicitly to conclude that two sentences equally served the statutory purpose of § 3553, it cannot, consistent with the parsimony clause, impose the most severe sentence. See *United States v. Ministro-Tapia*, 470 F.3d 137, 142 (2d Cir. 2006).

Under 18 U.S.C. § 922(n) and 924(a)(1)(D), the statutory maximum sentence that can be imposed is five (5) years imprisonment, up to three years of supervised release, a fine of $250,000, and a mandatory special assessment of $100. The Government and Mr.

Fauolo have agreed and stipulated to the base offense level and adjustments, resulting in a total offense level of 18. Applying Mr. Fauolo's criminal history of I, the guideline range is 27-33 months imprisonment.

As noted above, this Honorable Court is required to make an individualized assessment. It also is required to fashion a "reasonable sentence" that is the "minimum necessary" balance between the need to recognize the seriousness of the offense and to promote respect for the law, while imposing a just sentence after evaluating the nature and circumstances of the offense and the history and characteristics of the defendant. The balance can be summarized as follows: Illegal Receipt of a Firearm by a Person Under Indictment is a serious offense and, as such, the sentence to be imposed should be sufficient to ensure that one's debt to society is paid and that others are deterred from committing such an offense. Mitigating that need are the following factors:

- The offense did not result in death or serious bodily injury;
- Taisia was not an organizer, leader, manager, or supervisor of others in the offense;
- The crime does not involve violence;
- A sentence below the sentencing guideline range would still serve to deter future criminal conduct;

When all the required factors of *Booker* and U.S.C. § 3553 are considered, it is clear that the minimum sentence necessary to satisfy the above requirements is below the guidelines range. A sentence of incarceration below the guideline range would provide adequate punishment and would undoubtedly be a sentence sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing.

Taisia is extremely repentant for his lapse of judgment and actions in this matter. He knows that he was spending time with the wrong people and going down the

8

wrong path but has learned from his mistakes. Taisia wants to assure this Court that he will do everything he can to comply with the law moving forward subsequent to his sentencing in this case.

## III.

### EXHIBITS FOR THE COURT'S CONSIDERATION

Letters from friends and family as follows:

A. Lucilia Fauolo (Mother);
B. Taisia Fauolo (Father);
C. Diana Badillo (Aunt);
D. Luisa Silafau (Aunt);
E. Aponiva Lepolo (Aunt);
F. Cecilia Ale (Aunt);
G. Jona Dominguez (Former Employer);
H. Ilaisipa Lavulo (Friend);
I. Jacqui Gonzalez (Friend);
J. Joe Mixon (Friend); and
K. Tequisha Curley (Friend).

## IV. CONCLUSION

Therefore, based upon the foregoing, a reasonably sufficient, but not greater than necessary sentence in this case is requested.

DATED this 2nd day of April 2021.

HOFLAND & TOMSHECK

*/s/ J. Tomsheck*
JOSHUA TOMSHECK, ESQ.
228 South 4th Street
Las Vegas, Nevada 89101
(702) 895-6760
Counsel for Defendant

9

# EXHIBIT A

# EXHIBIT A

Lucilia Fauolo
664 Cadence view way
Henderson, NV 89011
702-708-9546
l.fauolo@yahoo.com

Dear Honorable Judge Miranda Du,

First and foremost I would like to thank you for giving me an opportunity to speak about my son Taisia Fauolo.

I have 5 boys and he is the 3rd oldest and out of all of them he has the biggest and loving heart. Growing up he never hesitated to lend a helping hand at home or anywhere we went.

His 82 year old grandmother who lives with us misses him very much because he was always helping her and it breaks her heart not to have him around.

In May of 2014 Taisia witnessed a very traumatic experience, his cousin Bo was handling a firearm and it went off accidentally and was shot and killed right in front of Taisia. That is when Taisia changed and started to lash out. Him losing his cousin who was more like a brother to him made him harden and was lost. I feel for him because for the most of us we don't experience something so traumatizing in our lives and as his mother I failed him in protecting him. I have prayed since then that my son can learn to love again and with prayers, love and encouragement he has started to heal and I am grateful for it.

I love my son dearly and we miss him very much and truly believe my son deserves a second chance.


Sincerely,
Lucilia Fauolo

# EXHIBIT B

# EXHIBIT B

January 27,2021


The Honorable Judge Miranda Du,

   Thank you for allowing me to write a letter on behalf of my son Taisia Fauolo. My name is Taisia Fauolo jr, and I am his father. As his father I have always taught him to be a man of integrity and faith. We all fall short sometimes and some of us more than others. He has dealt with some very painful situations like witnessing the death of his "brother " Bo and through that ordeal he never lost his faith in God although he questioned his faith and for that I am proud of him.
   I know my son has made some mistakes and I believe he has learned and paid for his wrong doings and I ask respectfully for leniency.
   He is a loving and respectful person with a huge heart. He loves to play the big brother role even though 3 of his brothers are older than him and only 1 is younger,
   We all want the best for our children and to see them successful in life and I believe that can happen for my son.


   Thank you,
        Taisia Fauolo

# EXHIBIT C

# EXHIBIT C

January 21, 2021

Diana Badillo
8089 Fort Collins Way
Roseville, CA  95747
925.726.6097
diana.m.pereira@gmail.com

The Honorable Miranda Du:

Hope this letter finds you well.  My name is Diana Badillo and I am lucky to be Taisia Fauolo's Aunt.  I am writing to you today to offer a glimpse of who Taisia is as an individual from my perspective.  I understand that my letter may be biased, however I hope you will find the sincerity within my letter.

Before I had my own children, my nephews were my "kids".  There wasn't anything I wouldn't do for them and I still feel the same today.  Taisia has always had a good heart and will do anything for his family and friends in whom he cares for and loves. He is the one to make sure that he sits down and has a conversation with his elders, rather than just walk by and barely acknowledge their existence.  He will go out of his way to make sure everyone is okay by checking in with them via in person or via phone.  If you need anything, he will be right there.  He is thoughtful in that way and will make sure you know that he loves you every time you get to speak to him and before you depart one another.   I have seen him go through some ups and downs, and an unimaginable loss of his cousin who was more like a brother to him, that no one should ever have to experience let alone a child and he has shown me strength as an outcome of it all throughout the years to follow.

Taisia made a poor decision that has brought him to where he currently is and I know he regretfully wishes he could go back and change it all.  We know that is impossible, but what I do believe is that he is ready emotionally to move forward and  has learned from this. To look forward in life and the possibilities and not back.  To know that second chances and change do exist and he is ready for it. He believes in himself and so do I.

The power in believing in yourself is strong, but having others believe in you is something else.  You see your Honor, he needs not only his loved ones believing that he can succeed in the life he has ahead of him, but he also needs society and others to do so, so he can make a change and make a difference. He needs more people to believe in him so that he can become the person I know he can be. Which is a great role model to his younger brother, cousins, nephews, nieces and some day his own kids. Show them the path that they should take in life, the do's, the don'ts and be a consistent solid person for them to go to and rely on.

Taisia needs to be given the opportunity to get a second chance.  To realize that not only do I as well as others believe in him, but that you believe in him.  Society believes in him. That this is all possible. I truly hope that he is given this opportunity to start the life he has ahead of him.

Thank you for taking the time to read a little more about Taisia.  I am available to confirm the facts stated in this letter by phone or email should you wish to do so.

Warm Regards,.

Diana Badillo

# EXHIBIT D

# EXHIBIT D

January 21, 2021


 Honorable Judge Mirandu Du

My name is Luisa Silafau, I am writing to vouch for the character of my nephew, Taisia Fauolo who faces criminal sentencing before your court.

I have known Taisia for all of his life and can vouch for his character.  Taisia's nuclear family is a very traditional family, with roots deeply embedded in the values of love, respect, service and discipline, but above all else, Taisia was raised in a very spiritual home.

As a young child, Taisia was always making sure his younger cousins were ok.  His character was one of love and always putting others needs before his own.

Taisia has indeed strayed off the path that he was raised to embrace, but I remain convinced that he possesses the desire and determination to learn from this experience and move in a positive direction with his life.  He has a large and committed support system in me and his entire family.  I've had earnest conversations with Taisia, and he and I are aware of the gravity of his situation.  He had expressed to me his remorse and a desire to change, and I believe him with all my heart.

Honorable Judge Mirandu Du, I'm sure you have seen and read countless character letters during your career with this, being one of many.  But I earnestly implore you, Honorable Judge, to please find it in your heart to urge for leniency of your sentencing of Taisia and to afford him the opportunity and chance to redeem himself and to embark on a new journey towards self improvement.

Thank you for your consideration of this letter.


 Sincerely,


Luisa Silafau

# EXHIBIT E

# EXHIBIT E

Aponiva Lepolo
Aunt of Taisia Fauolo III
1251 Picadilly Lane
Brentwood, Ca 94513
925-852-3460
lepolo2@gmail.com

Honorable Judge Miranda Du;

I am writting this letter on behalf of my nephew Taisia Fauolo III and his character.

My name is Aponiva Lepolo and I am a mother of 3. I am one of many Aunt's of Taisia Fauolo III. I have known Taisia all his life. In 2008, I moved my family to Brentwood, Ca. so I can be closer to my brothers.

Taisia is full of light and laughter. A caring and polite person. Very respectful and also respected kid. Taisia is a cheerful person and always ready and willing to help anyone. My nephew was the first to graduate high school. He set high standards for his little ones to follow including mine. He helped keep my boys on track and treated them like his own siblings, and for that I am greatful for my nephew. Both my boys graduated and misses their cousin dearly.

Our family during Taisia's senior year in high school went thru something tragic. Taisia took this very hard and was affected by this. The subject is still emotional and if you can please leave this part out when and if reading in court. I want you to know that my nephew witness his cousin shoot himself in his room. For months my nephew would not go inside his home let alone his room. My nephew slept in his car outside his home for months. This is when I started to see change in my nephew. He struggle thru his senior after this incident, but at the end my nephew pushed thru and graduated.

I can sit here today and honestly say that my nephew Taisia Fauolo III has been a reliable, trustworthy and decent kid. I pray that you will give him an oppertunity for a second chance while making your decision.

Thanking you in advance.

Sincerely,

Aponiva Lepolo

1

# EXHIBIT F

# EXHIBIT F

Honorable Judge Miranda Du,

Greeting!  This is a letter of character for my nephew Taisia Fauolo, JR.  His father & myself are brother's and sisters.  I have known Taisia Jr since he was a baby.  He is a great kid and always be mindful of others.  He is a very respectful person & also love his parents very much.  He's always around family and have a lot of respect for his elders.  Please know that he is full of love & life ahead of him.

I'm sure being locked up in jail is not the answer for everything but he will learn hopefully.

Thank you very much.

*Cecilia S. Ale*

*415-374-6341*

**L.E.G.A.C.Y**
**San Francisco City & County**
**Department of Public Health**

EXHIBIT G

EXHIBIT G



**Jona Dominguez**
Founder & CEO
Phoenix Recovery, LLC
(925) 727-5774
jona@phoenixrecoverymarin.com
www.phoenixrecoverymarin.com

**To:**     Whom it may Concern

**Date:**   January 19, 2021

**Re:**     Taisia Fauolo

---

Honorable Judge Miranda Du,

My name is Jona Dominguez and I have known Taisia Fauolo for approximately eighteen years. I had the pleasure of watching him grow up. Taisia has always been a very loving and sensitive young man. It is his sensitivity that has contributed to some of his problems as I believe he never knew how to manage his emotions constructively. Which is something that can be learned.

Taisia has helped me with small jobs including but not limited to training my dogs, packing and moving, and multiple jobs in my home. He shows up on time and is a hard worker. I trust Taisia in my home as he has always been respectful and honest with me.

Please feel free to contact me if you have any questions or concerns.

Sincerely,

*Jona Dominguez*

Jona Dominguez
Founder & CEO

# EXHIBIT H

# EXHIBIT H

Honorable Judge Miranda Du,

I have known Taisia Fauolo for over 15 years. He has been a close friend to our family, especially to my nephews and nieces since they were young and I have watched him grow up into the respectful, loving young man that he is today. I was both troubled and surprised to hear about his recent case as he has always been a solid young man. It is for this reason I am happy to write a letter of character for Taisia regarding this matter. I understand the seriousness of this matter however, I hope that the court will show some leniency.

Taisia has always been an upright character. He is responsible, dependable, courteous and honest. He loves his family and his friends and will go out of his way to help any of them if needed. I know this because my family and I has been blessed by his love and help numerous times. Although there is no blood relation to this young man, what I have appreciated the most is the fact that he has been by my nephew's side since the day he lost his mother, my sister, to cancer. This young man was there to lift our burdens during that time as well as many other occasions and that is something that I will never forget.

I consider myself to be an excellent judge of character and I can tell when someone is being sincere in their desire to change, or account for wrongdoing, and I am certain this is the case for Taisia. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe and know that Taisia is the young man that I described above. He is an honorable individual and a valuable member of not only my family, but to his own and many others. Most of all, he is a good human being.

Sincerely,

*Ilaisipa (Ruby) Lavulo*

Payroll Department

City College of San Francisco

Email: ilavulo@ccsf.edu

# EXHIBIT I

# EXHIBIT I

January 22, 2021

To Honorable Judge Miranda,

My name is Jacqui Gonzalez and it an honor to write this letter of recommendation on behalf of Taisia Fauolo. I have personally known Taisia for over 10 years as a friend of the family and at the school that I work for, Freedom High School. During that time, he has always been a very polite young man and fun to be around. I have witness his maturity as he grew from a young teenager to a young man with a lot of growth. He is a very polite young man who presented himself with respect, as he was very smart and intellectual when he was in school.

In school Taisia was a devoted student who always presented himself with level headedness, grace and laughter. I have been nothing but impressed by his commitment and social maturity with respect for his peers and others. He is a natural born leader and has the ability to motivate others to do well.

Should you need any further information, please feel free to contact me.

Signature _____     Date __1/22/202__1

Mrs. Jacqui Gonzalez, Text Bookroom Clerk
Freedom High School
1050 Neroly Rd
Oakley, CA 94561

Freedom High School
(925)625-5900

# EXHIBIT J

# EXHIBIT J

To whom it may concern,

My name is Joe Mixon. I'm a professional football player for the Cincinnati Bengals. I'm writing this letter on behalf of my best friend Taisia Fauolo. Although we have ended up in different situations I still wholeheartedly believe that he is and will be an asset to society when he is given a second chance. When I was growing up besides a dream and drive I had little to nothing. Tasia was always there for me. He picked me up every day and made sure I got to school. If I was hungry he made sure I ate, and on the days when I wasn't as motivated he made sure I worked out and pushed me to keep fighting for my dream. He is a huge reason that I am where I am today and he has had my back the way a brother would my entire life. He is more than my friend, he is my family. When life has gotten difficult for me and I've felt alone and dealt with hardships, he has ALWAYS been there to encourage and uplift me. He is without a doubt one of the best people I know and one of the few people who have remained consistent and genuine even when I gained stardom. All he has ever asked of me if for my friendship and I can't say that about many people. Taisia and I have had numerous conversations and I can guarantee that he wants and will do better. For a person to change they must acknowledge their faults and mistakes, and Taisia has. He has outright spoken of how the things he did to get him is his current predicament were wrong and that he's gotta pay his dues, so he can get out and do better. He is fully aware of his prior mistakes and therefore refuses to do anything that will lead him back on that path. Between my contacts, his desire to change and positive attitude I have all the faith in him being able to get out and do incredible things. I will also make it a priority to do whatever I can for him to be the best person he can be like he's done for me. Please find it in your heart to give my brother a second chance. I am surrounded by greatness and hard working people daily and I see that same greatness in him so I know that he has it in him to contribute and do amazing things in this world.

Sincerely
Joe Mixon

# EXHIBIT K

# EXHIBIT K

Tequisha Curley
31 Puffin Circle
Oakley, Ca 94561
510-815-0979

Re: Taisia Fauolo

To: Honorable Judge Miranda Du

My name is Tequisha Curley.  I am a Deputy Sheriff with the San Francisco Sheriff's Office for the past 19 years.

I have known Taisia since he was a child. I have watched him grow into a friendly, confident young man he is today.  He has always been a great role model and friend to both of my boys.  Taisia has faced some challenges as of late but I remain convinced that he possesses the desire and determination to learn from his experience and move in a positive direction with is life.  He has a large and committed support system in me and my family as well as his entire family.  I consider myself to be an excellent judge of character.  I truly believe Taisia is sincere in his desire to change.  He is deserving of a 2nd chance.  I hope you will he willing to give him one.

Please do not hesitate to contact me if you have any further questions.

Sincerely,
Tequisha Curley